

UNICLIC INSTALLATION INSTRUCTIONS
1) General
Uniclic is a revolutionary system for installing laminated flooring without using glue.
Uniclic uses an ingenious form of tongue and groove to "click" the panels together.
The Uniclic system enables you to work 50% faster than with traditional, glued laminated
flooring, and because there is no glue, Uniclic is much easier and cleaner to work
with.
You can join together the panels of the Uniclic system in 2 different
ways:
A The panels can be rotated to fit into one another, with either the tongue into the
groove, or the groove on to the tongue. The easiest way, though, is to fit the Uniclic tongue
into the groove. (The installation instructions are based on using as much as possible
this last installation technique. Fitting the groove on to the tongue is only required in
a few specific situations). Position the panel to be installed at an angle of 20-30° to the
panel al-ready installed. Move the panel to be fitted slightly up and down at the same
time as exerting forward pressure. The panels will then click into place together.
B In some cases, the panels cannot be rotated into one another, for example under a door
frame, etc. In this case, the panels can also be fitted lying flat. IMPORTANT! To do this,
you need a hammer and the SPECIAL UNICLIC TAPPING BLOCK. DO NOT USE
ANY OTHER TAPPING BLOCK - otherwise you may damage the panels to be fitted.
You should not attempt to knock the Uniclic joint into place with one hit. For the short
edge, use a number of smaller taps until the panels click together completely. For the
long edge, you should tap them together gradually: begin tapping lightly at the corner of
a panel until the join is made, then repeat the process some 30 cm (12") along until the
entire long edge of the panel has clicked in with the other.
For the best results, it is absolutely vital to follow the installation instructions to the
letter and TO USE UNICLIC ACCESSORIES ONLY, i.e.
A. UNICLIC INSTALLATION SET (spacer blocks, Uniclic buffer block and crowbar),
B. UNICLIC UNDERFLOOR SYSTEM (150 µ QUICK-STEP PE membrane and
Uniclic 3 mm PE underfloor),
C. THE UNICLIC MAINTENANCE PRODUCT.
• Uniclic is not suitable for use in damp areas such as bathrooms and saunas.
• Check the panels from all packs before and during installation. Defective panels
should not be installed.
2) Tools for installing the floor
In addition to the traditional tools for installing laminated flooring, such as hammer, saw,
crowbar or pinchbar with protruding edge (to be tapped on with a hammer), and spacer
blocks (1-8mm / 0,039"-0,315"), it is absolutely vital to use the UNICLIC BLOCK when
installing the floor. With any other type of block, you are certain to damage the panels.
When sawing pieces off the panels, use a fine-toothed hand saw, jigsaw or cross-cut saw.
To achieve a clean cut, saw with the pattern side down with a jigsaw and up with a hand
saw or cross-cut saw.
3) The best preparation
The floor should preferably be installed parallel to the way the light falls. The ideal environment
is a temperature of 15-20° C (59-68°F) and relative humidity of 50-60%.
CHECK THAT:
- the doors can still open and close after installing the floor with underfloor (minimum
+ 1 cm (3/8"))
- the door frames may need to be adapted to install the floor under them
- the old skirting boards can be removed.
4) The base floor
The base floor must be thoroughly clean and flat before QUICK-STEP is installed on it.
Flatten any unevenness of more than 2 mm/m (1/12" / 39"1/2). Depending on the situation,
the following cases may present themselves :
CONCRETE
New construction :
• The moisture content of the concrete may not exceed 2.5 % (CM method). A freshly

poured coating must dry out for at least 1 week per cm (3/8″) thickness up to 4 cm (1″1/2), and 2 weeks per cm (3/8″) thickness above 4 cm (1″1/2), with sufficient ventilation. (6 cm (2″1/2) concrete must therefore dry out for a minimum of 8 weeks).
• In case of floor heating, the moisture content may not exceed 1.5% (CM method). In this case, some specific installing instructions are applicable. Please consult your dealer for more information.
Renovated construction :
• In the case of damp-proof flooring (PVC, linoleum etc.), QUICK-STEP may be installed of the existing floor covering.
• In the case of damp-open flooring (carpet, needle felt floor etc.), first remove the existing floor covering.
WOODEN FLOOR
• First remove any existing floor covering.
• The wooden floor must be sufficiently stable. Any loose parts must be nailed down and, if necessary, a levelling underfloor must be installed.
• The moisture content of the wood may not exceed 10%.
• It is essential that the creeping space under the wooden floor be sufficiently ventilated : remove any obstacles and provide sufficient ventilation (minimum 4 cm2 (0,6 sq.inch) total ventilation opening per m2 (10,76 sq.ft) of floor).
• Install the new panels across the planks.
5) The Uniclic Underfloor System
It is absolutely vital to use a levelling underfloor in order to level out any unevennesses in the base floor. With Q.S. Uniclic Sound the underfloor is pre-assembled on the panels.
USE UNICLIC UNDERFLOOR SYSTEM ONLY This consists of a 150 μ damp-proof PE membrane with adhesive tape accessory. On top of this goes the Uniclic 3 mm PE underfloor layer.
Install the plastic membrane, allowing the membrane to run up the wall. This is the surface on to which the skirting board will finally be fixed. Cut the membrane off at this level. If the plastic membrande is not large enough to be installed in one piece, ensure there is an overlap of 20 cm (8″) between the different pieces and that they are stuck together using the water-resistant adhesive tape accessory.
Then install the Uniclic 3 mm PE underfloor on top of the membrane in strips side by side. Except with Q.S. Uniclic Sound.
6) Correct installation
Wood is the primary constituent of QUICK-STEP Uniclic. Because the humidity of the room can vary, due to differences between the seasons for example, the floor must be able to expand in all directions. This expansion can amount to 2 mm per meter (1/12″ per 3,28 ft), so the greater the surface area, the greater the room for expansion required. The floor must be able to expand or contract an ALL sides.
To facilitate this, an expansion gap is provided at all walls of 8 - 10 mm (1/3″-3/8″).
A gap must also be provided around pipes or at thresholds. With large surface areas, a wider gap must be provided, for example under a double wall. Take account of the fact that the floor may move in one direction. Where possible, provide expansions gaps, for example under doors. These gaps are covered by a profile that is not fixed to the laminated floor but to the base floor.
Install the panels preferably in the same direction as the longest wall and the way the light falls (visually more attractive). Start installing the floor on one corner or in the middle of the area. You can also work from left to right, or right to left.
Always remember that the easiest way of installing the floor is using the tongue into the groove.
7) The first three rows
8) The final row
There should also be a 10 mm (3/8″) expansion joint between the final row and the wall. In doing this, remember you have to saw off the long edges of the final row of panels. Place these panels one by one next to the panels of the penultimate row and tap the long edges together using the crowbar and hammer. The short edges can be knocked together using the Uniclic tapping block.
9) Through pipes
Make sure that in the row where there is a through pipe this pipe comes exactly at the cross joint of two panels. Take a drill bit with a diameter similar to the diameter of the pipe + 20 mm (3/4″) for expansion. Click the panels together on the short edge and drill the hole with its centre on the join between the two panels. Now install the panels as part of the floor.
10) Under door-frames

Saw the panels so that after installation there is a minimum 10 mm (3/8") expansion joint. If you cannot rotate this panel, use the crowbar or Uniclic tapping block and hammer to knock the panels together.
11) Finish
After installing your floor, you can immediately walk on it and begin the finishing process. This is one of the major benefits of the Uniclic system.
• Remove all spacer blocks
• Fix the skirting boards to the plastic membrane sticking up from the floor. Never fix the skirting boards to the floor itself, but allow the floor to expand and contract underneath the skirting board.
• Finish the gaps around the pipes with rosettes or elastic paste.
• In places where no profiles or skirting boards can be placed, the expansion gap must be filled with elastic paste.
12) Precautions
• Protect furniture and chair feet by means of felt or plastic caps.
• Avoid bringing dirt, water and sand from outside by using a doormat.
• Use wheel chairs with soft rollers suitable for laminated flooring.
• Make sure there is a minimum humidity of 50% in the room. If necessary, use a humidifier.
13) Maintenance
• With its smooth surface, QUICK-STEP Uniclic cannot retain dust or dirt.
• NEVER use a wax or varnish coating on the floor.
• For dry maintenance, use a duster or vacuum cleaner.
• For damp maintenance: wipe over with clean water or with UNICLIC CLEANING PRODUCT diluted in water. (Never use other cleaning products or detergents!) This product cleans the floor very well and leaves a satin shine.
Only use a WELL WRUNG OUT CLOTH. ALWAYS WIPE DRY IMMEDIATELY AFTER until no moisture is visible on the floor. If you do not wipe it dry, the Uniclic cleaning product has virtually no effect.
• WET MAINTENANCE IS ENTIRELY FORBIDDEN!
• Remove stubborn stains carefully with a little acetone. Never use any scouring products!
• QUICK-STEP Uniclic is based on pre-treated, watertight glued HDF board.
Despite Uniclic's relative moisture-resistance, remove any excess water immediately.
Good luck!









