AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ____-857____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___DEC 1 2 2005___  ___/s/ Joseph J. Saienni III___
(Date forms issued)    (Signature of Party or their Representative)

___Joseph J. Saienni III___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action