# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ALLOC, INC., a Delaware corporation, BERRY FINANCE N.V., a Belgium corporation, and VÄLINGE INNOVATION AB, a Swedish corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>QUICK-STEP FLOORING, INC., a Delaware corporation,<br><br>　　　　　Defendant. | SUMMONS IN A CIVIL CASE<br>CASE NO.:<br><br>05-857 |

TO: **QUICK-STEP FLOORING, INC.**
The Corporation Trust Company
The Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　Francis DiGiovanni, Esq.
　　Connolly Bove Lodge & Hutz LLP
　　The Nemours Building - 8th Floor
　　1007 North Orange Street
　　P.O. Box 2207
　　Wilmington, Delaware  19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO** _____　　DEC 1 2 2005 _____
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

_Evette Walker_ (signature)
(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/13/05 | |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: QUICK-STEP FLOORING, INC. C/O THE CORPORATION TRUST CO. AT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/05
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.