# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ALLOC, INC., a Delaware Corporation, BERRY FINANCE, N.V., a Belgian Corporation, and VÄLINGE INNOVATION AB (f/k/a/ ALUMINUM AB), a Swedish Corporation | ) ) ) ) ) | C.A. No.: 05-857-GMS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| QUICK-STEP FLOORING, INC. a Delaware Corporation, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the time by which Defendant shall serve and file its Answer to Plaintiffs' Complaint for Patent

Infringement is extended to January 10, 2006.


CONNOLLY BOVE LODGE & HUTZ LLP          POTTER ANDERSON & CORROON LLP


By: /s/ Francis DiGiovanni
    Francis DiGiovanni (#3189)
    1220 Market Street
    Wilmington, DE 19899
    (302) 888-6316
    fdigiovanni@cblh.com

*Attorneys for Plaintiffs Alloc, Inc., Berry
Finance, N.V., and Välinge Innovation AB*

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 N. Market Street
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Quick-Step
Flooring, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

713412