IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Alloc, Inc., a Delaware corporation,<br>Berry Finance N.V., a Belgian corporation,<br>Valinge Innovation A.B., a Swedish corporation,<br><br>                Plaintiffs,<br><br>      v.<br><br>Quick-Step Flooring, Inc., a Delaware corporation,<br><br>                Defendant. | C.A. No. 05-857-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.6 and the attached certifications, counsel moves for the admission *pro hac vice* of Daniel J. O'Connor and David I. Roche to represent defendant Alloc, Inc., Berry Finance N.V., and Valinge Innovation A.B. in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 1005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 6, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building -- 8th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Plaintiffs and Counterclaim
Defendants Alloc, Inc., Berry Finance, N.V. and
Välinge Innovation AB (f/k/a Aluminum ABA)*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                    _____
                                                                    United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 6, 2005, I electronically filed **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification, and we will hand deliver such filing, to the following:

> Richard L. Horwitz, Esquire
> David Ellis Moore
> Potter Anderson & Corroon, LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19899-0951

I hereby certify that on February 6, 2006, I have e-mailed the document to the following non-registered participants.

> jdimatteo@willkie.com
> John M. DiMatteo, Esquire
> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, New York 10019

>> /s/ Francis DiGiovanni
>> Francis DiGiovanni (#3189)
>> CONNOLLY BOVE LODGE & HUTZ LLP
>> The Nemours Building – 8th Floor
>> 1007 North Orange Street
>> Wilmington, Delaware 19801
>> (302) 658-9141
>> fdigiovanni@cblh.com
>>
>> *Attorneys for Plaintiffs and Counterclaim Defendants Alloc, Inc., Berry Finance, N.V. and Välinge Innovation AB (f/k/a Aluminum AB)*

444960_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Alloc, Inc., a Delaware corporation,<br>Berry Finance N.V., a Belgian corporation,<br>Valinge Aluminum A.B., a Swedish corporation,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Quick-Step Flooring, Inc., a Delaware corporation,<br>　　　　　Defendant. | C.A. No. 05-857-GMS |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: _Jan. 27, 2006_

Daniel J. O'Connor
BAKER & McKENZIE
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, Illinois 60601
(312) 861-2790

O_Connor Pro Hac Vice (3).DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Alloc, Inc., a Delaware corporation,<br>Berry Finance N.V., a Belgian corporation,<br>Valinge Aluminum A.B., a Swedish corporation,<br>            Plaintiffs,<br><br>         v.<br><br>Quick-Step Flooring, Inc., a Delaware corporation,<br>            Defendant. | C.A. No. 05-857-GMS |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 27 JAN 2006

David I. Roche
BAKER & McKENZIE
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, Illinois 60601
(312) 861-2790

Roche Pro Hac Vice (2).DOC