**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALLOC, INC., a Delaware corporation, <br> BERRY FINANCE N.V., a Belgian corporation, <br> and VÄLINGE ALUMINUM AB, <br> a Swedish corporation, <br><br>        Plaintiffs, <br><br>   v. <br><br> UNILIN DÉCOR, N.V., a Belgian company, and <br> QUICK-STEP FLOORING, INC., <br> a Delaware corporation, <br><br>        Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. No. 03-253-GMS |
| ALLOC, INC., BERRY FINANCE N.V., <br> and VÄLINGE INNOVATION AB <br> (f/k/a VÄLINGE ALUMINIUM AB), <br><br>        Plaintiffs, <br><br>   v. <br><br> QUICK-STEP FLOORING INC., <br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-857-GMS |

**DEFENDANTS' MOTION TO TRANSFER VENUE TO THE
EASTERN DISTRICT OF WISCONSIN, PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants, Unilin Décor, N.V., Quick-Step Flooring, Inc., and Unilin Flooring N.C., LLC (as successor to Quick-Step Flooring, Inc.) (collectively, "Defendants"), respectfully move to have the Court transfer the above-captioned cases pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Wisconsin. In support of this motion, Defendants submit herewith the accompanying Defendants' Memorandum Of Law In Support

Of Their Motion To Transfer Venue To The Eastern District Of Wisconsin, Pursuant To 28 U.S.C. § 1404(a), and the Declaration of Lawrence O. Kamin, counsel for Defendants.[1]

                                        Respectfully Submitted,

                                        POTTER ANDERSON & CORROON LLP

                                        By:  */s/ David E. Moore*
                                              Richard L. Horwitz (#2246)
                                              David E. Moore (#3983)

OF COUNSEL:                        Kenneth L. Dorsney (#3726)
                                              Hercules Plaza, 6th Floor
Lawrence O. Kamin               1313 North Market Street
Samuel M. Leaf                    P.O. Box 951
WILLKIE FARR & GALLAGHER LLP    Wilmington, DE  19899-0951
787 Seventh Avenue             (302) 984-6000
New York, New York  10019-6099    rhorwitz@potteranderson.com
(212) 728-8000                    dmoore@potteranderson.com
                                              kdorsney@potteranderson.com

Dated:  May 1, 2006
730336

                                        *Attorneys for Defendants*
                                        *Unilin Dëcor, N.V. and Quick Step Flooring*

---

[1] Pursuant to Local Rule 7.1.1, counsel for Defendants has conferred with counsel for Plaintiff and asked for its consent to this motion.  Counsel for Plaintiff declined to consent to the requested relief.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 1, 2006, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19803

I hereby certify that on May 1, 2006, I have Electonically Mailed the documents to the following non-registered participants:

Daniel J. O'Connor
Baker & McKenzie
130 East Randolph Drive
Chicago, IL  60601
daniel.j.o'connor@bakernet.com

By:  */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
kdorsney@potteranderson.com

714256