**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALLOC, INC., a Delaware corporation, BERRY FINANCE N.V., a Belgian corporation, and VÄLINGE ALUMINUM AB, a Swedish corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 03-253-GMS |
| v. | ) ) | |
| UNILIN DÉCOR, N.V., a Belgian company, and QUICK-STEP FLOORING, INC., a Delaware corporation, | ) ) ) ) | |
| Defendants | ) ) | |
| ALLOC, INC., BERRY FINANCE N.V., and VÄLINGE INNOVATION AB (f/k/a VÄLINGE ALUMINIUM AB), | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-857-GMS |
| v. | ) ) | |
| QUICK-STEP FLOORING INC., | ) ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion To Transfer Venue To The Eastern District of Wisconsin Pursuant to 28 U.S.C. § 1404(a);

It is hereby ORDERED this _____ day of _____, 2006 that Defendants' Motion To Transfer Venue To The Eastern District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) is GRANTED.

                                                                                                                      _____
                                                                                                                        United States District Judge

730342