**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALLOC, INC., a Delaware corporation, BERRY FINANCE N.V., a Belgian corporation, and VÄLINGE ALUMINUM AB, a Swedish corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 03-253 (GMS) |
| v. | ) ) | |
| UNILIN DÉCOR, N.V., a Belgian company, and QUICK-STEP FLOORING, INC., a Delaware corporation, | ) ) ) ) | |
| Defendants | ) ) | |
| ALLOC, INC., BERRY FINANCE N.V., and VÄLINGE INNOVATION AB (f/k/a VÄLINGE ALUMINIUM AB), | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-857 (GMS) |
| v. | ) ) | |
| QUICK-STEP FLOORING INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs and counsel for defendant(s), subject to the approval of the Court, that the time for defendant(s) to serve and file the reply brief in support of their motion to transfer venue to the Eastern District of Wisconsin, pursuant to 28 U.S.C. § 1404(a), is hereby extended one day, from May 22, 2006, to and including May 23, 2006. The reason for this one-day extension is that lead counsel for defendant(s) is scheduled to be out of town for several days at his daughter's college graduation and will not be able to devote sufficient attention to the reply brief in the interim.

This extension will not disrupt the case schedule, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of the Court, that the defendant(s) shall have until and including May 23, 2006, to serve and file the reply brief in support of their motion to transfer venue to the Eastern District of Wisconsin, pursuant to 28 U.S.C. § 1404(a).

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Francis DiGiovanni* <br> Francis DiGiovanni (#3189) <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE 19803 <br> (302) 658-9141 <br> fdigiovanni@cblh.com | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Kenneth L. Dorsney (#3726) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorney for Alloc, Inc., Berry Finance N.V., Välinge Aluminum AB, Välinge Innovation AB* | *Attorneys for Defendants Unilin Dëcor, N.V. and Quick Step Flooring* |

Dated:  May 17, 2006

732601