UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLOC, INC., a Delaware corporation, BERRY FINANCE N.V., a Belgian corporation, and VÄLINGE ALUMINUM AB, a Swedish corporation,<br><br>               Plaintiffs,<br><br>             - against -<br><br>UNILIN DÉCOR, N.V., a Belgian company, and QUICK-STEP FLOORING, INC., a Delaware corporation,<br><br>             Defendants. | C.A. No. 03-253-GMS<br><br><br><br>DECLARATION<br>OF<br>FILIP TACK |
| ALLOC, INC., BERRY FINANCE N.V. and VÄLINGE ALUMINUM AB,,<br><br>             Plaintiffs,<br><br>             - against -<br><br>QUICK-STEP FLOORING, INC.,<br><br>             Defendant. | C.A. No. 05-857-GMS |

I, Filip Tack, hereby declare as follows:

1. I have been legal counsel at Unilin Décor, N.V. and I base this declaration upon personal knowledge and the business records of Unilin.

2. Quick-Step Flooring Inc. was incorporated in state of Delaware on March 16, 2001, and was an indirect subsidiary of Unilin Décor N.V. It began doing business in the United States shortly after the date of incorporation. As of March 5, 2003, the date it was first sued by

plaintiffs in this action, Quick-Step Flooring, Inc. was selling and/or distributing Uniclic laminate flooring throughout the United States, including the Milwaukee area of Wisconsin. Quick-Step Flooring, Inc. never had any operations, employees, facilities or assets in Delaware.

3. In mid-2005, Quick-Step Flooring, Inc. ceased doing business, and its business began to be conducted by Unilin Flooring N.C. LLC, another Unilin affiliate. Unilin Flooring N.C. LLC is a North Carolina limited liability company that has its principal operations in North Carolina, and has no operations, employees, facilities or assets in Delaware. Unilin Flooring N.C. LLC continues to sell and distribute Uniclic laminate flooring throughout the United States including Milwaukee, Wisconsin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2006.

_____
Filip Tack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 23, 2006, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19803

I hereby certify that on May 23, 2006, I have Electonically Mailed the documents to the following non-registered participants:

Daniel J. O'Connor
Baker & McKenzie
130 East Randolph Drive
Chicago, IL 60601
daniel.j.o'connor@bakernet.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

714256