

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

July 21, 2006

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

> Re:   Alloc, Inc., et al. v. Unilin Decor, N.V., et al. (C.A. 03-253 (GMS);
>        Alloc, Inc., et al. v. Quick-Step Flooring, Inc. (C.A. 05-857 (GMS)

Dear Judge Sleet:

    I represent defendants Unilin Décor, N.V. and Quick-Step Flooring, Inc. in the above referenced matters. There are presently pending motions to transfer these cases pursuant to 28 U.S.C. § 1404(a) to the Eastern District of Wisconsin, where there is a related prior-pending case as well as other related cases involving the parties. I write to advise you that in connection with that prior pending case, where discovery is still ongoing, the deadline for fact discovery has been extended from July 14, 2006, until September 14, 2006. Expert discovery is not scheduled to begin until the Court issues its Markman ruling. I enclose the court order reflecting that extension.

Respectfully submitted,

/s/ Richard L. Horwitz

Richard L. Horwitz

742267
Enclosure

   cc:   Clerk of the Court (via hand delivery)
           David I. Roche (via electronic mail)
           Collins J. Seitz (via hand delivery)
           Lawrence O. Kamin (via electronic mail)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Alloc, Inc., a Wisconsin corporation, Berry Finance N.V., a Belgian corporation, and Välinge Innovation AB (f.k.a. Välinge Aluminium AB), a Swedish corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>Unilin Décor, N.V., a Belgian corporation, and BHK of America, Inc., a New York corporation, and Pergo, Inc., a Delaware corporation,<br><br>      Defendants. | Case No.: 00-C-0999<br>Hon. Rudolph Randa<br><br><br><br>**JURY DEMANDED** |

## ORDER

The schedule for this case shall be amended as follows:

| DATE | ACTIVITY |
|---|---|
| ~~July 14, 2006~~ September 15, 2006 | Completion of Fact Discovery |
| ~~July 28, 2006~~ September 29, 2006 | Opening Markman Briefs to be filed |
| ~~Aug. 11, 2006~~ October 20, 2006 | Opposing Markman Briefs to be filed |
| ~~Aug. 25, 2006~~ November 3, 2006 | Reply Markman Briefs to be filed by |
| To be set if necessary | Claim Construction Hearing, if necessary |
| No date set | Markman Ruling |
| Four (4) Weeks after Markman Ruling | Expert Reports exchanged; parties to submit reports on issues for which they bear the burden of proof |
| Eight (8) weeks after Markman Ruling | Responsive Expert Reports exchanged |
| Ten (10) weeks after Markman Ruling | Rebuttal Expert Reports exchanged |
| Fourteen (14) weeks after Markman Ruling | Dispositive Motion to be filed at any time on or before this date |

SO ORDERED:
Dated: July 21, 2006

BY THE COURT

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge, United States District Court