

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

August 30, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    Re:    <u>Alloc, Inc., et al. v. Unilin Decor, N.V., et al. (C.A. 03-253 (GMS);</u>
           <u>Alloc, Inc., et al. v. Quick-Step Flooring, Inc. (C.A. 05-857 (GMS)</u>

Dear Judge Sleet:

      This firm represents the defendants Unilin Décor, N.V. and Quick-Step Flooring, Inc., in the above-captioned matters. We write to inform the Court that the Eastern District of Wisconsin recently granted Plaintiffs' motion for leave to file a third amended complaint in the related action, *Alloc Inc., et al v. Unilin Décor N.V., et al.*, Case No. 2:00CV00999 ("the Wisconsin action"), alleging infringement of the '621 patent. The Plaintiffs filed the Third Amended Complaint in the Wisconsin action on August 17, 2006.

      As discussed in defendants' pending motion to transfer, the Plaintiffs also asserted the '621 patent in this District in *Alloc, Inc., et al v. Quick-Step Flooring, Inc.*, C.A. No. 05-857-GMS (D. Del.). Now that the '621 patent is before the Wisconsin court, the Wisconsin action involves exactly the same patents at issue in the above-captioned Delaware cases – the '621 and '579 patents. As a result, we submit that the current state of the record provides even more support for defendants' motion to transfer.

      Counsel are available at the Court's convenience if Your Honor has any questions.

                                    Respectfully submitted,

                                    */s/ Richard L. Horwitz*

                                    Richard L. Horwitz

748247

cc:    Clerk of the Court (via hand delivery)
        David I. Roche (via electronic mail)
        Collins J. Seitz (via hand delivery)
        Lawrence O. Kamin (via electronic mail)