OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 7, 2006

Clerk of the Court
United States District Court
Eastern District of Wisconsin, Milwaukee Division
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE: <u>Alloc, Inc., et al. v. Quick-Step Flooring, Civil No.05-857 GMS</u>

Dear Clerk:

    Pursuant to an Order transferring the above captioned case to your Court, enclosed please find the following items:

    (X)    Certified copy of the docket sheet;
    (X)    Certified copy of the Order of Transfer;

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

    Sincerely,

    Peter T. Dalleo, Clerk of Court

    By: /s/ Maure McDavid
    Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**